Rebecca Cambreleng, OSB No. 133209
rebecca@workplacelawpdx.com
Ashley A. Marton, OSB No. 171584
ashley@workplacelawpdx.com
**CAMBRELENG & MARTON LLC**
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **SYDNEY HAMMOND,** an individual, | Case No.   3:22-cv-01562-HZ |
| Plaintiff, | |
| v. | |
| **PORTLAND PUBLIC SCHOOLS,** an Oregon Public School District, | **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

**IT IS SO STIPULATED:**

Dated November 16, 2023.        **CAMBRELENG & MARTON LLC**

By:    */s/ Rebecca Cambreleng*
    Rebecca Cambreleng, OSB No. 133209
    rebecca@workplacelawpdx.com
    *Of attorneys for Plaintiff Sydney Hammond*

Dated November 16, 2023.                    **MILLER NASH LLP**

By:    */s/ Michael Porter*
J. Michael Porter, OSB No. 003560
Mike.porter@millernash.com
Erin M. Burris, OSB No. 155379
Erin.burris@millernash.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2023, I served the following **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** on the attorney(s) for defendants listed below via electronic means through the Court's Case Management/Electronic Case File system:

>J. Michael Porter, OSB No. 003560
>Mike.porter@millernash.com
>Erin M. Burris, OSB No. 155379
>Erin.burris@millernash.com
>Miller Nash LLP
>111 SW 5th Avenue, Suite 3400
>Portland, Oregon 97204
>*Attorneys for Defendant*

**CAMBRELENG & MARTON LLC**

By: */s/ Maxwell Joyner*
Maxwell Joyner, Paralegal